ACCEPTED
06-15-00037-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/3/2015 11:45:18 AM
DEBBIE AUTREY
CLERK

No. 2014-0615-B

| | | |
|---|---|---|
| MICHAEL D. LEE, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | GREGG COUNTY, TEXAS |
| | § | |
| THE ROGERS AGENCY, | § | |
| C. MICHAEL ROGERS & | § | |
| NEW YORK LIFE INS CO., | § | |
| | § | |
| Defendants. | § | 124TH JUDICIAL DISTRICT |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/3/2015 11:45:18 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**COMES NOW MICHAEL D. LEE,** Plaintiff herein, and gives notice to the Court and parties that he does hereby appeal to the Sixth Court of Appeals in Texarkana, Texas the Court's Order Granting Defendants' Motions for Summary Judgment signed by the Honorable Judge of the 124th Judicial District Court in the above-captioned case on June 29, 2015.

Respectfully submitted,

**THE LAW OFFICE OF JAMES HOLMES, P.C.**

By: /s/ *James Holmes*

James A. Holmes
State Bar No. 00784290

212 SOUTH MARSHALL
HENDERSON, TEXAS 75654
(903) 657-2800
(903) 657-2855 (fax)
jh@JamesHolmesLaw.com

**ATTORNEY FOR PLAINTIFF**



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on *THE ROGERS AGENCY & C. MICHAEL ROGERS* through their attorney of record, Ms. LaToyia Pierce, at WILLSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, 901 Main Street, Suite 4800, Dallas, Texas 75202 and *NEW YORK LIFE INSURANCE COMPANY* through its attorney of record, Mr. Andrew Jubinsky, at FIGARI & DAVENPORT, LLP, 901 Main Street, Suite 3400, Dallas, Texas 75202 *via eFileTexas* on this, the 20th day of July 2015.

/s/ *James Holmes*

James A. Holmes